<span style="color:red">**Electronically Filed
Supreme Court
SCWC-16-0000235
13-NOV-2019
03:12 PM**</span>

SCWC-16-0000235

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP, also known as KAMEHAMEHA SCHOOLS, Respondents/Plaintiffs-Counterclaim Defendants-Appellees,

vs.

RONALD G.S. AU, Petitioner/Defendant-Counterclaimant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000235; CIV. NO. 13-1-0420)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Counterclaimant-Appellant's Application for Writ of Certiorari, filed on September 19, 2019, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, November 13, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

